KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LINKEDIN CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION and GOOGLE LLC,<br><br>　　　　　Defendants. | Case No. 3:25-cv-03737-EJD<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Date Filed:  April 29, 2025<br><br>Trial Date:  None Set |

Pursuant to Civil Local Rule 3-13, Defendant LinkedIn Corporation ("LinkedIn") hereby gives notice of the following case: *Moore v. LinkedIn Corporation*, No. 25CV464912 (Santa Clara Super. Ct. May 1, 2025).

When a party knows or believes that an action filed in or removed to this District involves "all or a material part of the same subject matter and all or substantially all of the same parties as another action which is pending in any other federal or state court, the party must promptly file" a Notice of Pendency of Other Action or Proceeding. *See* Civ. L.R. 3-13(a). If two putative class actions involve overlapping covered individuals or claims, they fall within this rule. *See id.*

*Moore* is a putative class action filed in Santa Clara Superior Court alleging three violations of the California Invasion of Privacy Act, Cal. Penal Code §§ 631, 632, 635. The *Moore* complaint is attached as **Exhibit A**.

This case and *Moore* concern all or a material part of the same subject matter. Plaintiffs in both cases allege violations of Sections 631 and 632 of the California Invasion of Privacy Act involving Covered California's implementation of the Insight Tag on its website and the subsequent alleged transmission of data to LinkedIn.

Both cases also involve "all or substantially all of the same parties." *Id.* As to the allegations against LinkedIn, this case includes: (1) a putative nationwide class of all Americans "who completed any form on the [Covered California] [w]ebsite, whose protected personal information was disclosed through the [w]ebsite to LinkedIn"; (2) a similar putative nationwide LinkedIn subclass; and (3) a putative California subclass of those same individuals. Compl. ¶ 65. *Moore* is being brought on behalf of a putative class of "LinkedIn account holders in California who submitted information on the CoveredCA.com website." Ex. A ¶ 81. The putative classes in this case thus at least significantly overlap with the putative class in *Moore*.

Notwithstanding this overlap of subject matter and parties, LinkedIn does not believe that coordination is necessary at this stage. The court in *Moore* has issued a stay on both discovery and the responsive pleading deadline pending an initial case management conference in early September 2025. LinkedIn's response to the Complaint in this case is due July 15, 2025. Coordinating *Moore* and this case at this juncture would unnecessarily delay the determination of

this case, the first-filed case and the one in which a deadline for a responsive pleading is already set.

Dated: June 2, 2025                                              KEKER, VAN NEST & PETERS LLP

                                                                 By:  /s/ Spencer McManus
                                                                      BENJAMIN BERKOWITZ
                                                                      MATAN SHACHAM
                                                                      CHRISTINA LEE
                                                                      SPENCER MCMANUS
                                                                      LIAM BROWN

                                                                      Attorneys for Defendant
                                                                      LINKEDIN CORPORATION