| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | BENJAMIN BERKOWITZ - # 244441 |
| 2 | bberkowitz@keker.com |
| | MATAN SHACHAM - # 262348 |
| 3 | mshacham@keker.com |
| | CHRISTINA LEE - # 314339 |
| 4 | clee@keker.com |
| | SPENCER MCMANUS - # 322824 |
| 5 | smcmanus@keker.com |
| | LIAM BROWN - # 347518 |
| 6 | liambrown@keker.com |
| | 633 Battery Street |
| 7 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 8 | Facsimile: 415 397 7188 |

Attorneys for Defendant
LINKEDIN CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-03737-EJD<br><br>[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| CYNTHIA HAYS, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-04181-NC |

Defendant LinkedIn Corporation ("LinkedIn") has filed an Administrative Motion to Consider Whether Cases Should Be Related (the "Motion") as to *Doe v. LinkedIn Corporation*, Case No. 5:25-cv-03737-EJD ("*Doe*") and *Hays v. LinkedIn Corporation*, Case No. 3:25-cv-04181-NC ("*Hays*").

The Court finds that *Hays* is a related case to *Doe* under Local Rule 3-12(a) and hereby orders that *Hays* is assigned to the undersigned as the presiding judge in the lowest-numbered case.

Dated: June 2, 2025

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE