| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | BENJAMIN BERKOWITZ - # 244441 |
| 2 | bberkowitz@keker.com |
| | MATAN SHACHAM - # 262348 |
| 3 | mshacham@keker.com |
| | CHRISTINA LEE - # 314339 |
| 4 | clee@keker.com |
| | SPENCER MCMANUS - # 322824 |
| 5 | smcmanus@keker.com |
| | LIAM BROWN - # 347518 |
| 6 | liambrown@keker.com |
| | 633 Battery Street |
| 7 | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| 8 | Facsimile:  415 397 7188 |

Attorneys for Defendant
LINKEDIN CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LINKEDIN CORPORATION and GOOGLE LLC, <br><br> Defendants. | Case No. 5:25-cv-03737-EJD <br><br> **STIPULATION TO EXTEND LINKEDIN'S TIME TO RESPOND TO THE COMPLAINT PURSUANT TO L.R. 6-1(A)** <br><br> Date Filed: April 29, 2025 <br><br> Trial Date: None Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Jane Doe ("Plaintiff"), Defendant LinkedIn Corporation ("LinkedIn"), and Defendant Google LLC ("Google"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 29, 2025, Plaintiff filed her Complaint (Dkt. 1);

WHEREAS, on May 16, 2025, LinkedIn waived service of a summons (Dkt. 8);

WHEREAS, accordingly, LinkedIn's deadline to respond to the Complaint is currently July 15, 2025;

WHEREAS, on June 6, 2025, Plaintiff and Google stipulated that Google would file its Motion to Sever and Relate by July 21, 2025, with briefing completed by September 19, 2025 (Dkt. 30);

WHEREAS, this stipulation required Google to file any Motion to Relate within 7 days after resolution of the Motion to Sever (*Id.*);

WHEREAS, the stipulation further permitted Google to file its Motion to Dismiss within 60 days after the resolution of the Motion to Sever and/or to Relate, with Plaintiff's response due within 60 days of filing the Motion to Dismiss, and Google's reply due 30 days after filing of the response;

WHEREAS, on July 7, 2025, the parties filed a Stipulation to Consolidate this action with *Hays v. LinkedIn Corporation*, Case No. 5:25-cv-04181-EJD (N.D. Cal.) (Dkt. 34);

WHEREAS, as part of that Stipulation to Consolidate, the parties agreed that Plaintiffs will file a single superseding Consolidated Class Action Complaint;

WHEREAS, Plaintiffs represented in the Stipulation to Consolidate that the superseding Consolidated Class Action Complaint would assert no claims against Google, obviating the need for any responsive pleading from Google;

WHEREAS, as part of that Stipulation to Consolidate, the parties agreed that LinkedIn's existing deadlines to respond to the separate complaints in *Doe* and *Hays* should be taken off-calendar in light of the agreement for Plaintiffs to file a Consolidated Class Action Complaint;

WHEREAS, that Stipulation to Consolidate remains pending before this Court;

WHEREAS, in light of the pending Stipulation to Consolidate, and in the interests of

judicial efficiency and conservation of party resources, the parties have agreed that LinkedIn may extend its time to answer or otherwise respond to the Complaint until either (1) 45 days after the filing of a Consolidated Class Action Complaint, as set forth in the pending Stipulation to Consolidate, if the Stipulation to Consolidate is granted; or (2) 45 days after this Court rules otherwise on the pending Stipulation to Consolidate, whichever deadline is later;

WHEREAS, the extension will not alter the date of any event or deadline already fixed by order of the Court;

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT, pursuant to Civil Local Rule 6-1(a), LinkedIn's deadline to answer or otherwise respond to the Complaint is extended to either (1) 45 days after the filing of a Consolidated Class Action Complaint, as set forth in the pending Stipulation to Consolidate, if the Stipulation to Consolidate is granted; or (2) 45 days after this Court rules otherwise on the Stipulation to Consolidate, whichever deadline is later.

IT IS FURTHER STIPULATED THAT, in the event the Court denies the Stipulation to Consolidate, Google's deadline to file a Motion to Sever pursuant to the stipulation filed on June 6, 2025 (Dkt. 30) is extended to 45 days after the Court's denial of the Stipulation to Consolidate. The parties' agreed briefing schedule will remain consistent with their June 6, 2025, stipulation (Dkt. 30).

Dated: July 14, 2025                                KEKER, VAN NEST & PETERS LLP

                                       By:   */s/ Spencer McManus*
                                             BENJAMIN BERKOWITZ
                                             MATAN SHACHAM
                                             CHRISTINA LEE
                                             SPENCER MCMANUS
                                             LIAM BROWN

                                             Attorneys for Defendant
                                             LINKEDIN CORPORATION

| | | |
|---|---|---|
| Dated: July 14, 2025 | | BURSOR & FISHER, P.A. |
| | By: | /s/ Joshua R. Wilner |
| | | L. TIMOTHY FISHER |
| | | JOSHUA R. WILNER |
| | | Attorneys for Plaintiff |
| | | JANE DOE |
| Dated: July 14, 2025 | | COOLEY LLP |
| | By: | /s/ Joshua Anderson |
| | | BENEDICT Y. HUR |
| | | EDUARDO E. SANTACANA |
| | | JOSHUA ANDERSON |
| | | Attorneys for Defendant |
| | | GOOGLE LLC |

# SIGNATURE ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

KEKER, VAN NEST & PETERS LLP

Dated: July 14, 2025

*/s/ Spencer McManus*
Spencer McManus