KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE and CYNTHIA HAYS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-03737-EJD<br><br>**DECLARATION OF FLORA MORGAN IN SUPPORT OF DEFENDANT LINKEDIN CORPORATION'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: April 16, 2026<br>Time: 9:00 a.m.<br>Dept.: Ctrm 4 - 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Date Filed: November 14, 2025 |

I, Flora Morgan, declare as follows:

1. I am an attorney licensed to practice law in the State of California, an associate with the law firm of Keker, Van Nest & Peters LLP, and counsel for Defendant LinkedIn Corporation ("LinkedIn") in the above-captioned action. I submit this declaration in support of Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

**LinkedIn's Terms**

2. Attached as **Exhibit A** is a true and correct copy of the LinkedIn User Agreement, effective as of November 3, 2025 and publicly available at: https://www.linkedin.com/legal/user-agreement (last visited December 18, 2025).

3. Attached as **Exhibit B** is a true and correct copy of the LinkedIn Privacy Policy, effective as of November 3, 2025 and publicly available at: https://www.linkedin.com/legal/privacy-policy (last visited December 18, 2025).

4. Attached as **Exhibit C** is a true and correct copy of the LinkedIn Cookie Policy, effective as of June 3, 2022 and publicly available at: https://www.linkedin.com/legal/cookie-policy (last visited December 18, 2025).

5. Attached as **Exhibit D** is a true and correct copy of the LinkedIn Cookie Table, effective as of June 9, 2025 and publicly available at: https://www.linkedin.com/legal/l/cookie-table (last visited December 18, 2025).

6. Attached as **Exhibit E** is a true and correct copy of the LinkedIn Ads Agreement, effective as of November 3, 2025 and publicly available at: https://www.linkedin.com/legal/sas-terms (last visited December 18, 2025).

7. Attached as **Exhibit F** is a true and correct copy of the LinkedIn Advertising Policies, publicly available at: https://www.linkedin.com/legal/ads-policy (last visited December 18, 2025). Attached as **Exhibit F1** is a true and correct copy of the LinkedIn Advertising Policies webpage that was publicly available on November 14, 2025, when Plaintiffs filed their Consolidated Complaint, at:

https://web.archive.org/web/20251014101937/https://www.linkedin.com/legal/ads-policy (last visited December 18, 2025). I have reviewed, and the agreements do not differ with respect to the provisions relevant to LinkedIn's motion to dismiss.

8. Attached as **Exhibit G** is a true and correct copy of LinkedIn's California Consumer Privacy Act Notice, publicly available at: https://www.linkedin.com/legal/california-privacy-disclosure (last visited December 19, 2025). Attached as **Exhibit G1** is a true and correct copy of LinkedIn's California Consumer Privacy Act Notice, which was available on November 14, 2025, when Plaintiffs filed their Consolidated Complaint, as shown at: https://web.archive.org/web/20251113041257/https://www.linkedin.com/legal/california-privacy-disclosure (last visited December 19, 2025). I have reviewed, and the agreements do not differ with respect to the provisions relevant to LinkedIn's motion to dismiss.

**<u>LinkedIn's Webpages</u>**

9. Attached as **Exhibit H** is a true and correct copy of LinkedIn's "What is LinkedIn and how can I use it?" webpage, publicly available at: https://www.linkedin.com/help/linkedin/answer/a548441 (last visited December 18, 2025).

10. Attached as **Exhibit I** is a true and correct copy of LinkedIn's "Insight Tag" webpage, publicly available at: https://business.linkedin.com/marketing-solutions/insight-tag (last visited December 18, 2025).

11. Attached as **Exhibit J** is a true and correct copy of LinkedIn's "Insight Tag FAQs" webpage, publicly available at https://www.linkedin.com/help/lms/answer/a427660 (last visited December 18, 2025).

12. Attached as **Exhibit K** is a true and correct copy of LinkedIn's "LinkedIn Marketing Solutions" webpage, publicly available at: https://business.linkedin.com/advertise (last visited December 18, 2025).

13. Attached as **Exhibit L** is a true and correct copy of LinkedIn's "Targeting on LinkedIn" webpage, publicly available at: https://business.linkedin.com/content/dam/me/business/en-us/marketing-solutions/resources/pdfs/linkedin-targeting-playbook-v3.pdf (last visited December 18, 2025).

14. Attached as **Exhibit M** is a true and correct copy of "LinkedIn Ads and Marketing Solutions" webpage, publicly available at: https://www.linkedin.com/help/lms/answer/a421454 (last visited December 18, 2025).

**Covered California's Terms**

15. Attached as **Exhibit N** are true and correct screenshots taken on December 18, 2025 of the sequence of webpages that comprise Covered California's enrollment process. These webpages are publicly available as follows:

a. Attached as **Exhibit N1** is a true and correct screenshot of the "What is Covered California" webpage, available at: https://www.coveredca.com/what-is-covered-california/ (last visited December 29, 2025);

b. Attached as **Exhibit N2** is a true and correct screenshot of the "Get Started" webpage, available at: https://www.coveredca.com/get-started/ (last visited December 29, 2025);

c. Attached as **Exhibit N3** is a true and correct copy of the "This isn't an application for health coverage" pop-up, which appears on the screen after clicking "See My Results" on the "Shop and Compare" webpage, available at: https://apply.coveredca.com/lw-shopandcompare/ (last visited December 18, 2025);

d. Attached as **Exhibit N4** is a true and correct screenshot of the "Shop and Compare" webpage, available at: https://apply.coveredca.com/lw-shopandcompare/ (last visited December 18, 2025);

e. Attached as **Exhibit N5** is a true and correct screenshot of the "See My Results" Button on "Shop and Compare" webpage, available at: https://apply.coveredca.com/lw-shopandcompare/ (last visited December 29, 2025);

f. Attached as **Exhibit N6** is a true and correct screenshot of the "My Options" webpage, available at: https://apply.coveredca.com/lw-shopandcompare/screening-results (last visited December 18, 2025);

g. Attached as **Exhibit N7** is a true and correct screenshot of the "Health Plan Preferences" webpage, available at: https://apply.coveredca.com/static/lw-enrollment/anon/preferences/plan-preferences/wJtOo15dQIRU2hDQrnrVRiH3aBOVhQmCFZ-ra7xQ01E (last visited December 18, 2025);

h. Attached as **Exhibit N8** is a true and correct screenshot of the "Provider Preferences" webpage, available at: https://apply.coveredca.com/static/lw-enrollment/anon/preferences/provider-preferences/wJtOo15dQIRU2hDQrnrVRiH3aBOVhQmCFZ-ra7xQ01E (last visited December 18, 2025);

i. Attached as **Exhibit N9** is a true and correct screenshot of the "Your Health Plan Filters" pop-up which appears on the screen after clicking the "Next" button on the "Provider Preferences" webpage, available at: https://apply.coveredca.com/static/lw-enrollment/anon/shop-plan/health/yb41ykoXoRAnDDtTN9iWJcQYxCRWUroj-ahTLitIPwg (last visited December 18, 2025);

j. Attached as **Exhibit N9A** is a true and correct screenshot of the "Choose a Health Plan" webpage, available at: https://apply.coveredca.com/static/lw-enrollment/anon/shop-plan/health/wJtOo15dQIRU2hDQrnrVRiH3aBOVhQmCFZ-ra7xQ01E (last visited December 18, 2025);

k. Attached as **Exhibit N10** is a true and correct screenshot of the "Start an Application" webpage, available at: https://apply.coveredca.com/static/lw-web/account-creation/choose-application (last visited December 18, 2025);

l. Attached as **Exhibit N11** is a true and correct screenshot of the "Create an Account to Apply" webpage, available at: https://apply.coveredca.com/static/lw-web/account-creation/create (last visited December 18, 2025);

m. Attached as **Exhibit N12A** is a true and correct screenshot of the "Please Review Your Information" webpage, available at: https://apply.coveredca.com/static/lw-web/account-creation/review (last visited December 18, 2025);

n. Attached as **Exhibit N12B** is a true and correct screenshot of the "Welcome" webpage, available at: https://apply.coveredca.com/static/lw-web/account-home (last visited December 18, 2025);

o. Attached as **Exhibit N12C** is a true and correct screenshot of the "Which Year Would You Like to View?" webpage, available at: https://apply.coveredca.com/static/lw-web/choose-enrollment-year (last visited December 18, 2025);

p. Attached as **Exhibit N12D** is a true and correct screenshot of the "Welcome to Your Application" webpage, available at: https://apply.coveredca.com/static/lw-web/application-start (last visited December 18, 2025);

q. Attached as **Exhibit N12E** is a true and correct screenshot of the "Would you like to see if you can benefit from free or low cost health care?" webpage, available at: https://apply.coveredca.com/static/lw-web/application-start/opt-in (last visited December 29, 2025);

r. Attached as **Exhibit N12F** is a true and correct screenshot of the "Application Menu" webpage, available at: https://apply.coveredca.com/static/lw-web/application-menu (last visited December 29, 2025);

s. Attached as **Exhibit N12G** is a true and correct screenshot of the "Household Form" webpages, available at: https://apply.coveredca.com/static/lw-web/application-menu; https://apply.coveredca.com/static/lw-web/household/build; https://apply.coveredca.com/static/lw-web/household/add/basic-info; https://apply.coveredca.com/static/lw-web/household/add/enc-wwDRyc5gEY4YVtVgRMRZoAX8GF23vMACHYhPwsFkDXQ=/basic-info3; https://apply.coveredca.com/static/lw-web/household/add/enc-

wwDRyc5gEY4YVtVgRMRZoAX8GF23vMACHYhPwsFkDXQ=/basic-info4; https://apply.coveredca.com/static/lw-web/household/add/enc-wwDRyc5gEY4YVtVgRMRZoAX8GF23vMACHYhPwsFkDXQ=/basic-info5; https://apply.coveredca.com/static/lw-web/household/add/enc-wwDRyc5gEY4YVtVgRMRZoAX8GF23vMACHYhPwsFkDXQ=/basic-info6; https://apply.coveredca.com/static/lw-web/household/add/enc-wwDRyc5gEY4YVtVgRMRZoAX8GF23vMACHYhPwsFkDXQ=/alternative-format; https://apply.coveredca.com/static/lw-web/household/add/enc-wwDRyc5gEY4YVtVgRMRZoAX8GF23vMACHYhPwsFkDXQ=/optional-questions; https://apply.coveredca.com/static/lw-web/household/add/enc-wwDRyc5gEY4YVtVgRMRZoAX8GF23vMACHYhPwsFkDXQ=/sogi-questions; https://apply.coveredca.com/static/lw-web/household/build; https://apply.coveredca.com/static/lw-web/household/menu; https://apply.coveredca.com/static/lw-web/household/begin; https://apply.coveredca.com/static/lw-web/household/information/sls-attestation; https://apply.coveredca.com/static/lw-web/household/information/primary-contact; https://apply.coveredca.com/static/lw-web/household/information/home-mailing-address (last visited December 29, 2025);

t. Attached as **Exhibit N12H** is a true and correct screenshot of the "Verification of Your Information" webpage, available at: https://apply.coveredca.com/static/lw-web/household/information/confirm-identity (last visited December 29, 2025);

u. Attached as **Exhibit N12I** is a true and correct screenshot of the "Forms and Documents" webpage, available at: https://apply.coveredca.com/support/forms/ (last visited December 18, 2025);

v. Attached as **Exhibit N13** is a true and correct screenshot of the "General Hardship Exemption" webpage, available at: https://www.coveredca.com/learning-center/tax-penalty-details-and-exemptions/general-hardship (last visited December 18, 2025).

w. Attached as **Exhibit N14** is a true and correct screenshot of the "Affordability Hardship Exemption" webpage, available at: https://www.coveredca.com/learning-center/tax-penalty-details-and-exemptions/affordability-hardship/ (last visited December 29, 2025).

x. Attached as **Exhibit N15** is a true and correct screenshot of the "Religious Conscience Exemption" webpage, available at: https://www.coveredca.com/learning-center/tax-penalty-details-and-exemptions/religious-conscience/ (last visited December 29, 2025).

16. Attached as **Exhibit O** is a true and correct copy of the Covered California Privacy Policy, publicly available at: https://www.coveredca.com/privacy/ (last visited December 29, 2025).

17. Attached as **Exhibit P** is a true and correct copy of the Covered California Terms of Use, publicly available at: https://www.coveredca.com/privacy/terms (last visited December 29, 2025).

**<u>Other Webpages</u>**

18. Attached as **Exhibit Q** is a true and correct copy of the April 28, 2025 *The Markup* article, "How California sent residents' personal health data to LinkedIn," publicly available at: https://themarkup.org/pixel-hunt/2025/04/28/how-california-sent-residents-personal-health-data-to-linkedin (last visited December 18, 2025).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 29, 2025, in Newark, Delaware.

*/s/ Flora D. Morgan*
FLORA D. MORGAN