KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE and CYNTHIA HAYS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-03737-EJD<br><br>**STIPULATION TO EXTEND LINKEDIN'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Date Filed: November 14, 2025<br><br>Trial Date: None Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Jane Doe and Cynthia Hays ("Plaintiffs"), Defendant LinkedIn Corporation ("LinkedIn"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 20, 2026, Plaintiffs filed their First Amended Consolidated Class Action Complaint (Dkt. 58);

WHEREAS, the parties have agreed that LinkedIn may extend its time to answer or otherwise respond to the First Amended Complaint to October 13, 2026;

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT, pursuant to Civil Local Rule 6-1(a), LinkedIn's deadline to answer or otherwise respond to the First Amended Complaint shall be October 13, 2026.

Dated: August 25, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Liam Brown*
BENJAMIN BERKOWITZ
MATAN SHACHAM
CHRISTINA LEE
SPENCER MCMANUS
LIAM BROWN
FLORA D. MORGAN

Attorneys for Defendant LINKEDIN CORPORATION

Dated: August 25, 2026

BURSOR & FISHER, P.A.

By: */s/ Joshua R. Wilner*
L. TIMOTHY FISHER
JOSHUA R. WILNER

Attorneys for Plaintiff JANE DOE

Dated: August 25, 2026

LYNCH CARPENTER, LLP

By: */s/ (Eddie) Jae K. Kim*
(EDDIE) JAE K. KIM
TIFFINE E. MALAMPHY

Attorneys for Plaintiff
CYNTHIA HAYS

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: August 25, 2026

KEKER, VAN NEST & PETERS LLP

By: /s/ *Liam Brown*
Liam Brown