KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE and CYNTHIA HAYS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-03737-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Date Filed: November 14, 2025<br><br>Trial Date: None Set |

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(e), Plaintiffs Jane Doe and Cynthia Hays ("Plaintiffs"), Defendant LinkedIn Corporation ("LinkedIn"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 20, 2026, Plaintiffs filed their First Amended Consolidated Class Action Complaint (Dkt. 58);

WHEREAS, on August 20, 2026, an Initial Case Management Conference was scheduled for September 24, 2026 (Dkt. 59);

WHEREAS, the parties have agreed to extend LinkedIn's deadline to answer or otherwise respond to the amended complaint to October 13, 2026 (Dkt. 60);

WHEREAS, counsel for the parties have preexisting scheduling conflicts, including hearings in other matters, on September 24, 2026, the date currently set for the Initial Case Management Conference;

WHEREAS, LinkedIn anticipates filing a motion to dismiss the amended complaint;

WHEREAS, the parties have met and conferred and agree that, in light of the anticipated motion practice and counsel's respective availability, it would promote efficiency and conserve judicial and party resources to briefly continue the Initial Case Management Conference to November 12, 2026;

WHEREAS, the parties agree that, to conserve judicial and party resources, the Initial Case Management Conference currently scheduled for September 24, 2026 and all related deadlines (including the deadlines to conduct the Rule 26(f) conference, serve initial disclosures, and file a joint case management conference statement) should be continued to correspond with an Initial Case Management Conference on November 12, 2026;

WHEREAS, the Court has not otherwise set a case schedule or trial date, so this stipulation would not affect the date or deadline of any part of the case schedule not discussed herein.

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT:

1. The Initial Case Management Conference scheduled for September 24, 2026 be VACATED and CONTINUED to November 12, 2026, or to such later date shortly

thereafter at the Court's convenience; and

2. All deadlines related to the Initial Case Management Conference shall be extended correspondingly, in accordance with the Civil Local Rules and the Federal Rules of Civil Procedure.

Dated: August 25, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Liam Brown*

BENJAMIN BERKOWITZ
MATAN SHACHAM
CHRISTINA LEE
SPENCER MCMANUS
LIAM BROWN
FLORA D. MORGAN

Attorneys for Defendant LINKEDIN CORPORATION

Dated: August 25, 2026

BURSOR & FISHER, P.A.

By: */s/ Joshua R. Wilner*

L. TIMOTHY FISHER
JOSHUA R. WILNER

Attorneys for Plaintiff JANE DOE

Dated: August 25, 2026

LYNCH CARPENTER, LLP

By: */s/ (Eddie) Jae K. Kim*

(EDDIE) JAE K. KIM
TIFFINE E. MALAMPHY

Attorneys for Plaintiff CYNTHIA HAYS

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: August 25, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Liam Brown*
Liam Brown

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________________

______________________________
Hon. Edward J. Davila
United States District Judge