KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE and CYNTHIA HAYS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-03737-EJD<br><br>**DECLARATION OF LIAM BROWN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Date Filed: November 14, 2025<br><br>Trial Date: None Set |

I, Liam Brown, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an associate at Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California, 94111, counsel for Defendant LinkedIn Corporation ("LinkedIn"). I submit this Declaration in support of the Stipulation and [Proposed] Order Continuing Case Management Conference and Related Deadlines.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. On August 20, 2026, Plaintiffs filed their First Amended Consolidated Class Action Complaint. Dkt. No. 58.

4. On August 20, 2026, an Initial Case Management Conference was scheduled for September 24, 2026. Dkt. No. 59.

5. On August 25, 2026, LinkedIn and Plaintiffs (the "Parties") filed a stipulation to extend LinkedIn's time to respond to the amended complaint, pursuant to Civil Local Rule 6-1(a). Dkt. No. 60.

6. On August 24, 2026, I met and conferred with Plaintiffs' counsel, and the parties agreed that it would promote judicial efficiency and conserve judicial and party resources to briefly continue the Initial Case Management Conference and related deadlines (including the deadlines to conduct the Rule 26(f) conference, serve initial disclosures, and file a joint case management conference statement) to November 12, 2026, in light of LinkedIn's anticipated motion to dismiss the amended complaint and counsel for both parties' preexisting scheduling conflicts, including hearings in other matters, on September 24, 2026.

7. Other than the modifications to the Initial Case Management Conference and related deadlines addressed in Paragraph 6 above, the requested time modification will not affect any other deadlines set by the Court.

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 25th day of August, 2026, in Alameda, California.

*/s/ Liam Brown*
Liam Brown