KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE and CYNTHIA HAYS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-03737-EJD<br><br>**L.R. 6-1(A) STIPULATION TO EXTEND LINKEDIN'S DEADLINE TO RESPOND TO THE AMENDED COMPLAINTS**<br><br>Judge: Hon. Edward J. Davila<br><br>Date Filed: November 14, 2025 |
| KIMBERLY JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-08100-EJD<br><br>Judge: Hon. Edward J. Davila<br><br>Date Filed: September 24, 2025 |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Jane Doe, Cynthia Hays, and Kimberly Johnson ("Plaintiffs") and Defendant LinkedIn Corporation ("LinkedIn"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 20, 2026, Plaintiffs Doe and Hays filed their First Amended Consolidated Class Action Complaint (*Doe* Dkt. 58);

WHEREAS, on August 27, 2026, Plaintiff Johnson filed her First Amended Complaint (*Johnson* Dkt. 42);

WHEREAS, Plaintiffs and Defendant previously stipulated to extend LinkedIn's deadline to respond to both amended complaints to October 13, 2026 (*Doe* Dkt. 60; *Johnson* Dkt. 41);

WHEREAS, the parties have agreed that LinkedIn may extend its time to answer or otherwise respond to the amended complaints in both cases by an additional 30 days, to November 12, 2026;

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT, pursuant to Civil Local Rule 6-1(a), LinkedIn's deadline to answer or otherwise respond to the amended complaints shall be November 12, 2026.

Dated: September 29, 2026

**KEKER, VAN NEST & PETERS LLP**

By: */s/ Spencer McManus*
BENJAMIN BERKOWITZ
MATAN SHACHAM
CHRISTINA LEE
SPENCER MCMANUS
FLORA D. MORGAN
LIAM BROWN

Attorneys for Defendant LINKEDIN CORPORATION

Dated: September 29, 2026

By: */s/ Joshua R. Wilner*

**BURSOR & FISHER**
L. TIMOTHY FISHER
JOSHUA R. WILNER

**LYNCH CARPENTER, LLP**
(EDDIE) JAE K. KIM
TIFFINE E. MALAMPHY

Attorneys for Plaintiffs
JANE DOE, CYNTHIA HAYS, and
KIMBERLY JOHNSON

## SIGNATURE ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

KEKER, VAN NEST & PETERS LLP

Dated: September 29, 2026

By: */s/ Spencer McManus*
SPENCER MCMANUS