KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE and CYNTHIA HAYS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-03737-EJD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCES AND RELATED DEADLINES**<br><br>Date Filed: November 14, 2025<br><br>Trial Date: None Set |
| KIMBERLY JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION, Defendant. | Case No. 5:25-cv-08100-EJD<br><br>Judge: Hon. Edward J. Davila<br><br>Date Filed: September 24, 2025 |

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(e), Plaintiffs Jane Doe, Cynthia Hays, and Kimberly Johnson ("Plaintiffs") and Defendant LinkedIn Corporation ("LinkedIn"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 20, 2026, Plaintiffs Doe and Hays filed their First Amended Consolidated Class Action Complaint (*Doe* Dkt. 58);

WHEREAS, on August 27, 2026, Plaintiff Johnson filed her First Amended Complaint (*Johnson* Dkt. 42);

WHEREAS, the Court granted the Parties' previous stipulations to continue the case management conferences to November 12, 2026 at 10:00 a.m. (*Doe* Dkt. 62; *Johnson* Dkt. 46);

WHEREAS, the parties have agreed to extend LinkedIn's deadline to answer or otherwise respond to the amended complaints to December 10, 2026 (*Doe* Dkt. 64; *Johnson* Dkt. 48);

WHEREAS, LinkedIn anticipates filing motions to dismiss the amended complaints;

WHEREAS, the parties have met and conferred and agree that, in light of the anticipated motion practice, it would promote efficiency and conserve judicial and party resources to hold the case management conference after LinkedIn has filed its motions to dismiss the amended complaints;

WHEREAS, the parties agree that, to conserve judicial and party resources, the initial case management conferences currently scheduled for November 12, 2026 and all related deadlines (including the deadlines to conduct the Rule 26(f) conference, serve initial disclosures, and file a joint case management conference statement) should be continued to correspond with initial case management conferences on January 28, 2027;

WHEREAS, the Court has not otherwise set a case schedule or trial date, so this stipulation would not affect the date or deadline of any part of the case schedule not discussed herein.

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT:

1. The initial case management conferences scheduled for November 12, 2026 be VACATED and CONTINUED to January 28, 2027, or to such later date shortly thereafter at the Court's convenience; and

2. All deadlines related to the initial case management conferences shall be extended correspondingly, in accordance with the Civil Local Rules and the Federal Rules of Civil Procedure.

Dated: October 22, 2026

**KEKER, VAN NEST & PETERS LLP**

By: */s/ Spencer McManus*
BENJAMIN BERKOWITZ
MATAN SHACHAM
CHRISTINA LEE
SPENCER MCMANUS
FLORA D. MORGAN
LIAM BROWN

Attorneys for Defendant LINKEDIN CORPORATION

Dated: October 22, 2026

By: */s/ Joshua R. Wilner*
**BURSOR & FISHER**
L. TIMOTHY FISHER
JOSHUA R. WILNER

**LYNCH CARPENTER, LLP**
(EDDIE) JAE K. KIM
TIFFINE E. MALAMPHY

Attorneys for Plaintiffs
JANE DOE, CYNTHIA HAYS, and KIMBERLY JOHNSON

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: October 22, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Spencer McManus*
SPENCER MCMANUS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 2, 2026

Hon. Edward J. Davila
United States District Judge